**Opinion issued March 7, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-11-01040-CV**

_____

**IN RE GERALD ALLEN PERRY, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

By petition for writ of mandamus, relator, Gerald Allen Perry, seeks mandamus relief compelling either the trial court or district clerk to prepare and file a copy of the clerk's record in appellate case number 01-10-01072-CV at no

cost to Perry.[1]  The requested clerk's record was filed with the Clerk of this Court on August 20, 2012.

Accordingly, the petition for writ of mandamus is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

---

[1] The underlying case is *Gerald Allen Perry v. Debbie Mantooth Stricklin and John B. Holmes*, Cause No. 2009-62814 in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart, presiding.